# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | § | Case No. 20-20507 |
| | § | |
| SONIC EXPRESS, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Alan S. Fukushima, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $91.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $725,000.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $100,383.01 | | |

3) Total gross receipts of $825,383.01 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $825,383.01 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $125,622.88 | $125,622.88 | $100,383.01 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $13,650.00 | $13,650.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $17,427,239.53 | $17,375,379.75 | $725,000.00 |
| **Total Disbursements** | $0.00 | $17,566,512.41 | $17,514,652.63 | $825,383.01 |

　　　4). This case was originally filed under chapter 7 on 01/30/2020. The case was pending for 13 months.

　　　5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　　Dated: 02/08/2021　　　　　　　　　　By: /s/ Alan S. Fukushima
　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Wellfs Fargo, Roseville branchDebtor's account holding moniesbelonging to various carriers pendingpayroll producti | 1129-000 | $287.48 |
| Wells Fargo, Roseville branchDebtor's account holding moniesbelonging to various carriers pendingpayroll production a | 1129-000 | $74.00 |
| Wells Fargo, Roseville branchDebtor's account holding moniesbelonging to various carriers pendingpayroll production a | 1129-000 | $10.24 |
| Wells Fargo, Roseville branchDebtor'saccount holding monies belonging tovarious carriers pending payrollproduction an | 1129-000 | $11.29 |
| Fraudulent transfers between shareholders | 1249-000 | $825,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$825,383.01** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN FUKUSHIMA, Trustee | 2100-000 | NA | $44,519.15 | $44,519.15 | $19,855.85 |
| Independent Bank | 2600-000 | NA | $1,103.73 | $1,103.73 | $1,103.73 |
| Desmond Nolan Livaich and Cunningha, Attorney for Trustee | 3210-000 | NA | $60,000.00 | $60,000.00 | $59,567.58 |
| MICHAEL GABRIELSON, Accountant for Trustee | 3410-000 | NA | $20,000.00 | $20,000.00 | $19,855.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $125,622.88 | $125,622.88 | $100,383.01 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Inderbir Singh | 5300-000 | $0.00 | $13,650.00 | $13,650.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $13,650.00 | $13,650.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nanak Singh Bhatti | 7100-000 | $0.00 | $425,379.75 | $425,379.75 | $0.00 |
| 2 | Safarian Choi & Bolstad LLP | 7100-000 | $0.00 | $8,762.98 | $0.00 | $0.00 |
| 3 | Nanak S Bhatti | 7100-000 | $0.00 | $16,800,000.00 | $16,800,000.00 | $725,000.00 |
| 4 | Gavrilov & Brooks | 7100-000 | $0.00 | $43,096.80 | $0.00 | $0.00 |
| 5 | Inderbir Singh | 7100-000 | $0.00 | $150,000.00 | $150,000.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $17,427,239.53 | $17,375,379.75 | $725,000.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 1　　　Exhibit 8

| Case No.: | 20-20507-RHS-7 | Trustee Name: | Alan S. Fukushima |
| --- | --- | --- | --- |
| Case Name: | SONIC EXPRESS, LLC | Date Filed (f) or Converted (c): | 01/30/2020 (f) |
| For the Period Ending: | 2/8/2021 | §341(a) Meeting Date: | 02/26/2020 |
| | | Claims Bar Date: | 07/22/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1. Wells Fargo, Roseville branch Debtor's account holding monies belonging to various carriers pending payroll production and distribution Checking 9534 | $74.00 | $74.00 | | $74.00 | FA |
| Asset Notes:　Closure of WF bank account ending in 9534 | | | | | |
| 2. Wells Fargo, Roseville branchDebtor's account holding monies belonging to various carriers pending payroll production and distribution Savings 0832 | $11.21 | $11.29 | | $11.29 | FA |
| Asset Notes:　Closure of WF bank account #0832 | | | | | |
| 3. Wells Fargo, Roseville branch Debtor's account holding monies belonging to various carriers pending payroll production and distribution Savings 0388 | $10.17 | $10.24 | | $10.24 | FA |
| Asset Notes:　Closure of WF bank account#0388. | | | | | |
| 4. Tri County Bank, branch Debtor's account holding monies belonging to various carriers pending payroll production and distribution Checking 0372 | $26.00 | $0.00 | | $0.00 | FA |
| Asset Notes:　Per Tri-County Bank, this account value was zero as of the date of the bankruptcy filing and was closed immediately after filing. | | | | | |
| 5. Office furniture, fixtures, and equipment; and collectibles | $65.00 | $65.00 | | $0.00 | FA |
| 6. Wellfs Fargo, Roseville branch Debtor's account holding monies belonging to various carriers pending payroll production and distribution Checking 1127 | $661.61 | $661.61 | | $287.48 | FA |
| 7. Fraudulent transfers between shareholders　(u) | Unknown | $400,000.00 | | $825,000.00 | FA |
| Asset Notes:　Bhatti is the plaintiff and the Debtor and Singh are the defendants in Yolo County | | | | | |

| Case No.: | 20-20507-RHS-7 | Trustee Name: | Alan S. Fukushima |
|---|---|---|---|
| Case Name: | SONIC EXPRESS, LLC | Date Filed (f) or Converted (c): | 01/30/2020 (f) |
| For the Period Ending: | 2/8/2021 | §341(a) Meeting Date: | 02/26/2020 |
| | | Claims Bar Date: | 07/22/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Superior Court Case #CV17-429 ("YOLO #429"). A $230,072.03 money judgment in favor of Bhatti against the Debtor and Singh, whose liability was based on an alter ego finding, entered on January 10, 2020, is the subject of an appeal before the California Third District Court of Appeal ("Wage Appeal"). By Proof of Claim 1-1, based on the YOLO #429 judgment, Bhatti asserts a $425,379.75 general unsecured claim against the Bankruptcy Estate, including interest, attorney fees and costs. Singh posted an approximate $345,000 cash bond with JURISCO in connection with the Wage Appeal.

Bhatti is the plaintiff and the Debtor, Singh, and Gill are amongst the defendants in Yolo County Superior Court Case #CV17-443 ("YOLO #443"). Gill posted a $100,000 cash bond with attorney Nareshwar Virdi in connection with Yolo #443. Customers of Sonic Freight, including J.B. Hunt, are holding at least $150,000 due to Sonic Freight pending resolution of YOLO #443. The remaining individual defendants in YOLO #443 are HARDEEP SANDHU, KULPREET SINGH, BALWANT SINGH SIDHU, RUPINDER SINGH, HARKANWAL DHILLON, CHERYL GIBSON, FAIZAN RAUF, RAJBIR BATHLA, SANDEEP SINGH (collectively "YOLO #443 Individuals"). The remaining entity defendants in the business torts case include SILVER STATE SYSTEMS CORPORATION (NV SOS #E0172262013-6), RAPID LOGISTICS LLC (CA SOS #200521010092), ESSAR LOGISTICS LLC (CA SOS #201510610114), RAPID TRUCKING LLC (CA SOS #200617810102), MS ACCOUNTING SERVICES (CA SOS #C3910032) and EAST WEST TAX SERVICES, INC. (CA SOS #C3279795) (collectively "YOLO #443 Entities"). Trial of YOLO #443 was and remains stayed since the Bankruptcy Case was commenced. By Proof of Claim 3-1, Bhatti asserts a $16,800,000.00 general unsecured claim against the Bankruptcy Estate based on the Debtor's potential liability as an alter ego of Singh, Gill, and the other defendants in the YOLO #443 Case.

By Proofs of Claim 2-1 and 4-1, SAFARIAN CHOI & BOLSTAD LLP and GAVRILOV & BROOKS (collectively "Litigation Attorneys"), respectively seek $8,762.98 and $43,096.80 for services rendered to the Debtor in connection with YOLO #429 and YOLO #443.

By Proofs of Claim 5-1 and 6-1, Singh seeks $150,000.00 subrogation for satisfying a $1.2 million insurance claim against the Debtor and an unliquidated sum for management services to the Debtor.

| Case No.: | 20-20507-RHS-7 | Trustee Name: | Alan S. Fukushima |
|---|---|---|---|
| Case Name: | SONIC EXPRESS, LLC | Date Filed (f) or Converted (c): | 01/30/2020 (f) |
| For the Period Ending: | 2/8/2021 | §341(a) Meeting Date: | 02/26/2020 |
| | | Claims Bar Date: | 07/22/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

By HLG-1, Singh, Gill, and 3 of the YOLO #443 Entities seek an order prohibiting the Trustee's production of Debtor financial information to Bhatti.

By HLG-2 and HLG-3, Singh seeks 11 U.S.C. Section 502(d) disallowance of Proofs of Claim 1-1 and 3-1 on the grounds that Bhatti has not returned to the Bankruptcy Estate transfers avoidable under 11 U.S.C. Section 544. HLG-5 and HLG-6 are related discovery motions.

By HLG-4, Singh seeks relief from stay to allow YOLO #443 to go to trial and final judgment.

Bhatti disputes all of the material allegations made in support of HLG-1, HLG-2, HLG-3 and HLG-4, and himself contends that the Trustee holds transfer avoidance claims against: (1) Singh, Gill, the YOLO #443 Individuals, and the YOLO #443 Entities; and (2) CAL RESTAURANTS (CA SOS #C4184151), EAST-WEST SERVICES, INC. (CA SOS #C3010369), IG HOLDINGS LLC (CA SOS #201401110141), SONIC FREIGHT (CA SOS #C3710929) and THE MECHANIC'S SHOP INC (CA SOS #C3802601) (collectively "YOLO #443 Affiliates").

Singh is the plaintiff and Bhatti is a defendant in Sacramento County Superior Court Case #34-2018-00245640 ("SACRAMENTO #5640"). The additional defendants in SACRAMENTO #5640 are GOVIND BATTHI ("Govind") and BRIDGE 18 SOFTWARE SOLUTIONS (CA SOS #C3879131) ("Bridge 18").

Singh is a plaintiff, and Bridge 18, Bhatti, and Govind are the defendants, in Sacramento County Superior Court Case #34-2020-00272927 ("SACRAMENTO #2927"). Kulpreet Singh and Hardeep Sandhu are also Plaintiffs in SACRAMENTO #2927.

With respect to releases required under the settlement agreement being presented for approval: (1) Bhatti represents he has actual authority and capacity to deliver those required of Govind and Bridge 18 (collectively "Bhatti Affiliates"); and (2) Singh and Gill intend to seek consent of each of the YOLO #443 Individuals, YOLO #443 Entities, and YOLO #443 Affiliates (collectively "Singh/Gill Affiliates") to join in the settlement agreement.

| Case No.: | 20-20507-RHS-7 | Trustee Name: | Alan S. Fukushima |
|---|---|---|---|
| Case Name: | SONIC EXPRESS, LLC | Date Filed (f) or Converted (c): | 01/30/2020 (f) |
| For the Period Ending: | 2/8/2021 | §341(a) Meeting Date: | 02/26/2020 |
| | | Claims Bar Date: | 07/22/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

In connection with YOLO #429, YOLO #443, SACRAMENTO #5640, and SACRAMENTO #2927 (collectively "State Court Cases"), disputed and competing ownership claims have been asserted with respect to some of the Bhatti Affiliates and Singh/Gill Affiliates

The Trustee, Bhatti, Singh, and Gill (collectively "Settling Parties"), who each
deny the material allegations made by the other Settling Parties in any forum, including the State Court Cases, without admission of liability or any wrongdoing, desire to resolve all claims and disputes and by doing so acknowledge that: (1) Bhatti has no ownership interest in the Singh/Gill Affiliates, including the Debtor and SONIC FREIGHT (CA SOS #C3710929); and (2) Singh and Gill have no ownership interest in the Bhatti Affiliates, including BRIDGE 18 SOFTWARE SOLUTIONS (CA SOS #C3879131).

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 8 | VOID | | $0.00 | $0.00 | $0.00 | FA |
| 9 | VOID | | $0.00 | $0.00 | $0.00 | FA |

| TOTALS (Excluding unknown value) | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $847.99 | $400,822.14 | | $825,383.01 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 02/04/2021 | Trustee imports, reviews and reconciles the bankruptcy estate's January 2021 bank account. |
| 01/09/2021 | Trustee imports, reviews and reconciles the December 2020 bank statement. |
| 12/21/2020 | Trustee previously prepared and delivered a check for $725,000 to Nanek Bhatti, the only unsecured creditor in the case. However, Trustee was notified that the check for $725,000 should have gone to Mahesh Bajoria, Attorney for Nanek Bhatti. |
| | After receiving the check initially issued to Bhatti, Trustee voided the check and prepared a new check for $725,000 made payable t Mahesh Bajoria as indicated in the settlement agreement. |
| 12/17/2020 | Trustee spoke with counsel who advised Bhatti can be paid after the dismissals of the lawsuit have occurred. |
| 12/17/2020 | Trustee receives the final payment of $74.31 in cash from Inderbir Singh. Trustee gives Receipt number 303286 to Inderbir Singh for his $75.00 final cash payment. There is an overage of $ .69. The Trustee sends a check to Inderbir Singh for $.69 and mails it to Inderbir Singh. Copies of the receipt and check mailed to Inderbir Singh is placed in the file. |
| 12/14/2020 | Trustee receives a check for $150,614.00 from Sonic Freight representing the final payment to fund the settlement agreement. The check is endorsed by Gurjit Gil of Sonic Freight. |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 5     Exhibit 8

| Case No.: | 20-20507-RHS-7 | Trustee Name: | Alan S. Fukushima |
|---|---|---|---|
| Case Name: | SONIC EXPRESS, LLC | Date Filed (f) or Converted (c): | 01/30/2020 (f) |
| For the Period Ending: | 2/8/2021 | §341(a) Meeting Date: | 02/26/2020 |
| | | Claims Bar Date: | 07/22/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Description |
|---|---|
| 12/08/2020 | Trustee imports, reviews and reconciles the November 2020 bank statement. |
| 12/02/2020 | Trustee receives the Cashier's check for $129,203.64 from Inderbir Singh. |
| 11/11/2020 | Trustee receives the tentative ruling that all motions, including the fees requesting compensation, have been granted. The motion to dismiss the case has been continued. |
| 11/09/2020 | Trustee imports, reviews and reconciles the October 2020 bank statement. |
| 11/06/2020 | Trustee imports, reviews and reconciles the bankruptcy estate's bank account. |
| 10/27/2020 | The Trustee's Motion to Dismiss has been continued from November 12, 2020 to December 10, 2020. |
| 10/20/2020 | Trustee receives a check from Crum and Forster for $345,108.05 representing an indemnity payment Bond number 602-126450-1. Policy number 602126450...Insured Inderbir Singh. Claim number NJU00714513. |
| 10/20/2020 | Trustee receives a check from Acquest Law for 4100,000. Per the stipulation in the matter, the defendants had deposited $100,000 as a security bond. |
| 10/08/2020 | Trustee receives a check for $100,000 from Val Loumber, attorney for the debtor corporation, as a deposit towards the settlement agreement. |
| 10/06/2020 | Trustee imports, reviews and reconciles the September 2020 bank statement. |
| 09/04/2020 | Trustee imports, reviews and reconciles the August 2020 bank statement. |
| 08/25/2020 | Trustee attends the 9.5 hour BDRP mediation with no resolution. Negotiations will continue off-site but nothing has been settled at this point. |
| 08/25/2020 | Trustee attends the 9.5 hour BDRP mediation with no resolution. Negotiations will continue off-site but nothing has been settled at this point. |
| 08/13/2020 | Trustee schedules a BDRP Meeting date of August 25, 2020 at 9:30am at 621 Capitol Mall, 18th Floor, Sacramento, CA 95814. |
| 08/07/2020 | Trustee imports, reviews and reconciles the July 2020 bank statement. |
| 07/29/2020 | Trustee receives the signed Order appointing Jamie Dreher as the BDRP mediator of the upcoming BDRP. |
| 07/24/2020 | Trustee imports, reviews and validates the claims. |
| 07/06/2020 | Trustee imports, reviews and reconciles the June 2020 bank statement. |
| 07/02/2020 | Trustee receives a large set of documents from the debtor president. The documents are entitled "Debtor Books:" and placed in the Debtor file of the case file. |
| 06/30/2020 | Trustee review the amended Summary of Schedules/Assets and Liabilities, Schedule E/F and Statement of Financial Affairs filed 06/19/20. In the SOFA, the debtor listed $13,346.66 of payments made to Wells Fargo Bank within the 90 days of the bankruptcy petition. The payments were indicated as unsecured loan payments. |
| 06/30/2020 | Trustee receives an email from counsel stating that the SOFA entry suggests they were merely paying off credit card charges incurred in the prior month. That would be subject to the ordinary course of business and new value defenses. Also, we don't know if the debtor was insolvent when the payments were made. |
| 06/19/2020 | Trustee receives a letter from Tri-Counties Bank indicating the debtor's account maintained a zero balance as of the date of the bankruptcy filing and has been closed. The letter will be placed in the case file under Debtor Documents. |
| 06/19/2020 | Trustee receives a cashier's check from Wells Fargo Bank for the turnover of the following amounts from the following bank accounts:<br><br>Bank Account number xxxx1127   $287.48<br>Bank Account number xxxx9534   $ 74.00<br>Bank Account number xxxx0832   $ 11.29<br>Bank Account number xxxx0388   $ 10.24 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 6    Exhibit 8

| Case No.: | 20-20507-RHS-7 | Trustee Name: | Alan S. Fukushima |
|---|---|---|---|
| Case Name: | SONIC EXPRESS, LLC | Date Filed (f) or Converted (c): | 01/30/2020 (f) |
| For the Period Ending: | 2/8/2021 | §341(a) Meeting Date: | 02/26/2020 |
| | | Claims Bar Date: | 07/22/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 06/09/2020 | Trustee faxes the Request for Trustee Instructions to Wells Fargo Bank to have the bank turn over the funds held in the four bank accounts to the Trustee. Trustee also requests a copy of the bank statements ending in 1127 for the month of January and February 2020. |
| | Per information from Debtor's counsel, he stated that the president, Inderbir Singh, took out all of the money from Tri-Counties Bank in January 2020 and transferred it to Wells Fargo Bank. |
| 04/22/2020 | Trustee concludes this case as an asset case. Trustee seeks to negotiate a settlement with the other shareholders of the corporation regarding fraudulent transfers. Trustee downloads the assets into the Trustee's software and imports all of the important dates into the Trustee's calendar. |
| 03/09/2020 | Trustee files the motion to employ the law firm of Desmond, Nolan, Livaich and Cunningham as counsel for the bankruptcy estate. |
| 03/03/2020 | Trustee files the employment application for Michael Gabrielson to serve as accountant for the bankruptcy estate. |
| 02/05/2020 | Trustee receives the Request for Trustee's Instructions from Wells Fargo Bank. Wells Fargo Bank will freeze the funds in the four Wells Fargo Bank accounts unless notification from the Trustee. |

| Initial Projected Date Of Final Report (TFR): | 04/20/2021 | Current Projected Date Of Final Report (TFR): | 04/20/2021 | /s/ ALAN S. FUKUSHIMA |
|---|---|---|---|---|
| | | | | ALAN S. FUKUSHIMA |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** 20-20507-RHS-7 | **Trustee Name:** | Alan S. Fukushima |
| **Case Name:** SONIC EXPRESS, LLC | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** **-***6265 | **Checking Acct #:** | ******0507 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | Bankruptcy Estate of Sonic Express LLC |
| **For Period Beginning:** 1/30/2020 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** 2/8/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/19/2020 | (1) | WELLS FARGO BANK | Turnover of bank account number 9534 | 1129-000 | $74.00 | | $74.00 |
| 06/19/2020 | (2) | WELLS FARGO BANK | Turnover of bank account number 0832 | 1129-000 | $11.29 | | $85.29 |
| 06/19/2020 | (3) | WELLS FARGO BANK | Turnover of bank account number 0388 | 1129-000 | $10.24 | | $95.53 |
| 06/19/2020 | (6) | WELLS FARGO BANK | Turnover of bank account number 1127 | 1129-000 | $287.48 | | $383.01 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $0.55 | $382.46 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $0.55 | $381.91 |
| 10/08/2020 | (7) | Gurdej Gill | Deposit on Global Settlement (Asset#9) dated October 5, 2020. | 1249-000 | $100,000.00 | | $100,381.91 |
| 10/20/2020 | (7) | CRUM & FORSTER | This check represents an indemnity payment Bond number 602-126450-1. Policy number 602126450...Insured Inderbir Singh. Claim number NJU00714513. | 1249-000 | $345,108.05 | | $445,489.96 |
| 10/20/2020 | (7) | ACQUEST LAW INC | Per the stipulation in the matter, the defendants had deposited $100,000 as a security bond. | 1249-000 | $100,000.00 | | $545,489.96 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $307.60 | $545,182.36 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $795.03 | $544,387.33 |
| 12/02/2020 | (7) | INDERBIR SINGH | Inderbir Singh's contribution per the Global Settlement Agreement | 1249-000 | $129,203.64 | | $673,590.97 |
| 12/15/2020 | (7) | Sonic Freight LLC | Final payment to fund settlement agreement. | 1249-000 | $150,614.00 | | $824,204.97 |
| 12/17/2020 | (7) | Alan Fukushima c/o Inderbir Singh | Fiinal payment for the global settlement. | 1249-000 | $74.31 | | $824,279.28 |
| 12/18/2020 | 101 | Nanak S Bhatti | This check represents the funds owed to Bhatti per the settlement agreement. | 7100-000 | | $725,000.00 | $99,279.28 |
| 12/18/2020 | 102 | Desmond Nolan Livaich and Cunningha | Attorney fees per settlement agreement and net of bank charges | 3210-000 | | $59,567.58 | $39,711.70 |
| 12/18/2020 | 103 | MICHAEL GABRIELSON | Accounting fees per settlement agreement net of bank charges. | 3410-000 | | $19,855.85 | $19,855.85 |
| 12/18/2020 | 104 | ALAN FUKUSHIMA | Trustee compensation per settlement agreement and by Order of the Court dated 11/16/20. | 2100-000 | | $19,855.85 | $0.00 |
| | | | **SUBTOTALS** | | $825,383.01 | $825,383.01 | |

Filed 02/11/21     Case 20-20507     Page No: 2     Exhibit 9     Doc 255

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 20-20507-RHS-7 | | **Trustee Name:** | Alan S. Fukushima |
| **Case Name:** | SONIC EXPRESS, LLC | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***6265 | | **Checking Acct #:** | ******0507 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Bankruptcy Estate of Sonic Express LLC |
| **For Period Beginning:** | 1/30/2020 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/8/2021 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/21/2020 | 101 | VOID: Nanak S Bhatti | | 7100-003 | | ($725,000.00) | $725,000.00 |
| 12/21/2020 | 105 | Law Offices of Mahesh Bajoria | This check represents payment to Atty Mahesh Bajoria on behalf of Nanek Bhatti per the settlement agreement. | 7100-000 | | $725,000.00 | $0.00 |
| | | | **TOTALS:** | | $825,383.01 | $825,383.01 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $825,383.01 | $825,383.01 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $825,383.01 | $825,383.01 | |

**For the period of 1/30/2020 to 2/8/2021**

| | |
|---|---|
| Total Compensable Receipts: | $825,383.01 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $825,383.01 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $825,383.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $825,383.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/19/2020 to 2/8/2021**

| | |
|---|---|
| Total Compensable Receipts: | $825,383.01 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $825,383.01 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $825,383.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $825,383.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 20-20507-RHS-7 | |
| **Case Name:** | SONIC EXPRESS, LLC | |
| **Primary Taxpayer ID #:** | **-***6265 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/30/2020 | |
| **For Period Ending:** | 2/8/2021 | |

| | |
|---|---|
| **Trustee Name:** | Alan S. Fukushima |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0507 |
| **Account Title:** | Bankruptcy Estate of Sonic Express LLC |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $825,383.01 | $825,383.01 | $0.00 |

| For the period of 1/30/2020 to 2/8/2021 | | For the entire history of the case between 01/30/2020 to 2/8/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $825,383.01 | Total Compensable Receipts: | $825,383.01 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $825,383.01 | Total Comp/Non Comp Receipts: | $825,383.01 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $825,383.01 | Total Compensable Disbursements: | $825,383.01 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $825,383.01 | Total Comp/Non Comp Disbursements: | $825,383.01 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ ALAN S. FUKUSHIMA

ALAN S. FUKUSHIMA